No. 1456, Misc.   HAZEL *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1464, Misc.   GOLOTY *v.* CATHERWOOD, INDUSTRIAL COMMISSIONER OF NEW YORK.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 1466, Misc.   HINTON *v.* COLORADO.   Sup. Ct. Colo. Certiorari denied.   *Joseph R. Quinn* for petitioner.

No. 1485, Misc.   WICKWARE *v.* KENTUCKY.   Ct. App. Ky.   Certiorari denied.

No. 1507, Misc.   McCONNELL *v.* WASHINGTON ET AL. C. A. 9th Cir.   Certiorari denied.

No. 1509, Misc.   MANISCALCO *v.* LAVALLEE, WARDEN. C. A. 2d Cir.   Certiorari denied.

No. 1510, Misc.   WEIS *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 1515, Misc.   STEVENSON *v.* MANCUSI, WARDEN. App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 1519, Misc.   BURTON *v.* COX, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied.

No. 1522, Misc.   ARNETT *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.